# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1307
_____

JOSHUA GLENN MOBLEY,

    Petitioner,

v.

ESCAMBIA COUNTY BOARD OF
COMMISSIONERS,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


May 24, 2024


PER CURIAM.

    We grant the petition for writ of habeas corpus and direct Petitioner's release from the Escambia County Jail.

ROBERTS, ROWE, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce A. Miller, Public Defender, and Janette M. Richardson, Assistant Public Defender, Pensacola, for Petitioner.

Christi J. Hankins, Assistant County Attorney, Escambia County Attorney's Office, Pensacola; Ashley Moody, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Respondent.